UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DESMOND DAVID-PITTS, <br><br> Defendant. | NO. CR20-143JCC <br><br> INFORMATION |

The United States Attorney charges that:

**COUNT 1**
***(Conspiracy to Commit Arson)***

On or about August 24, 2020, at Seattle, within the Western District of Washington, DESMOND DAVID-PITTS, and other persons known and unknown, did knowingly and willfully conspire, combine, confederate and agree to commit an offense against the United States, that is, Arson, in violation of Title 18, United States Code, Section 844(f)(1) and (i).

During and in furtherance of the conspiracy, within the Western District of Washington, one or more of the conspirators committed the following overt act, among others:

1     On or about August 24, 2020, DAVID-PITTS piled debris against the sally port garage door of the Seattle Police Department East Precinct and ignited a fire in the debris with a lighter, causing a fire with flames burning approximately 5-10 feet high.

    All in violation of Title 18, United States Code, Section 371.

DATED this 19th day of January, 2021.

*Sarah G. Vogel, for*
_____
BRIAN T. MORAN
United States Attorney

*/s Todd Greenberg*
_____
TODD GREENBERG
Assistant United States Attorney