UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESMOND DAVID-PITTS,<br><br>Defendant. | NO.  CR20-143 JCC<br><br>REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |

The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to Count 1 contained in the Information.  After examining the Defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense.  I therefore ordered a presentence report.

//
//
//
//
//
//

REPORT AND RECOMMENDATION - 1

Subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(1)(B), I recommend that the defendant be adjudged guilty and have sentence imposed.

DATED this 25th day of January, 2021.

*[signature]*

PAULA McCANDLIS
United States Magistrate Judge

## NOTICE

Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days.  28 U.S.C. § 636(b)(1)(B).

REPORT AND RECOMMENDATION - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970