UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-143 JCC |
|---|---|
| Plaintiff, | |
| v. | ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |
| DESMOND DAVID-PITTS, | |
| Defendant. | |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c), hereby accepts the plea of guilty of the Defendant to Count 1 contained in the Information, and the Defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this \_\_\_\_ day of _____, 2021.

_____
JOHN C. COUGHENOUR
United States District Judge

ACCEPTANCE OF PLEA OF GUILTY - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970