## United States District Court – Western District of Washington
### TRANSCRIPT ORDER FORM

Court Reporter: Nickoline (Nickie) Drury         Judicial Officer: John C. Coughenour

Case No. CR20-143JCC         Case Name: US v. Desmond David-Pitts

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 5/24/2021 | Sentencing | Nickoline Drury |
|  |  |  |
|  |  |  |
|  |  |  |

For Appeal? [✓] No  [ ] Yes    Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| **Please choose one:** | Maximum Transcript Fees – Per Page | | | **Requested Delivery Date*** |
|---|---|---|---|---|
|  | Original | 1st Copy | 2nd Copy |  |
| [ ] Ordinary Transcript (30 day) | $3.65 | $ .90 | $ .60 | 06/23/2021 |
| [✓] 14-Day Transcript (14 day) | $4.25 | $ .90 | $ .60 | *Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored **when possible.*** |
| [ ] Expedited Transcript (7 day) | $4.85 | $ .90 | $ .60 | |
| [ ] 3-Day Transcript (3 day) | $5.45 | $1.05 | $ .75 | |
| [ ] Daily Transcript (next morning) | $6.05 | $1.20 | $ .90 | |
| [ ] Hourly Transcript (same day) | $7.25 | $1.20 | $ .90 | |

[✓] PDF (default delivery format)

Email address for delivery of PDF transcript: emily_ziel@fd.org, suzie_strait@fd.org

Additional Comments:

| Contact Information | |
|---|---|
| Name: | Emily Ziel |
| Phone: | 206-553-1100    Email:    emily_ziel@fd.org |
| Firm: | Federal Defender Office |
| Street Address: | 1601 Fifth Avenue, Suite 700 |
| City/State/Zip: | Seattle, WA 98101 |

_[signature]_                                                                              06/09/2021
**Signature**                                                                                **Date**

PRINT         SAVE AS         RESET