PROB 12A
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Offender Under Supervision

**Name of Offender:** Desmond David-Pitts  **Case Number:** 2:20CR00143JCC-001
**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:** 08/11/2021  **Date of Report:** 04/13/2022
**Original Offense:** Conspiracy to Commit Arson
**Original Sentence:** 20 months' custody 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 01/26/2022
**Special Conditions Imposed:**

☒ Substance Abuse    ☒ Financial Disclosure    ☒ Restitution:
☒ Mental Health      ☐ Fine                   ☒ Community Service
☒ Other: Search

## NONCOMPLIANCE SUMMARY

I allege Desmond David-Pitts has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Using marijuana on or about March 8, 2022, in violation of a mandatory condition of supervised release. |
| 2. | Failing to provide urinalysis on March 25, 2022, in violation of a special condition of supervised release. |
| 3. | Using marijuana on or about April 4, 2022, in violation of a mandatory condition of supervised release. |

United States Probation Officer Action:

Mr. David-Pitts admits to using marijuana as a coping mechanism for his mental health issues. He had been verbally admonished for the continued use and has been directed to obtain a substance use disorder evaluation to determine his treatment needs. Additionally, Mr. David-Pitts is seeking a psychiatry assessment for medications to treat his mental health symptoms. Although Mr. David-Pitts is actively participating in mental health treatment, his continued marijuana use is concerning. However, his honesty and willingness to engage in additional treatment is appreciated. As such, I respectfully recommend the Court endorse my actions of admonishment and continued participation in treatment services.

I consulted with Assistant United States Attorney Todd Greenberg, and he concurs with my recommendation.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 13th day of April, 2022.

BY:

Brieanne E. Olsen
United States Probation Officer

Angela M. McGlynn
Supervising United States Probation Officer

| | |
|---|---|
| The Honorable John C. Coughenour, United States District Judge<br>Report on Offender Under Supervision | Page 2<br>April 13, 2022 |

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

- ☒ Judicial Officer endorses the United States Probation Officer's actions
- ☐ Submit a Request for Modifying the Condition or Term of Supervision
- ☐ Submit a Request for Warrant or Summons
- ☐ Other

*/s/ John C. Coughenour*

Signature of Judicial Officer

4/18/22

Date