PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Person Under Supervision

**Name:** Desmond David-Pitts  **Case Number:** 2:20CR00143JCC-001
**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:** 08/11/2021  **Date of Report:** 02/13/2023
**Original Offense:** Conspiracy to Commit Arson
**Original Sentence:** 20 months' custody; 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 01/26/2022
**Special Conditions Imposed:**

☒ Substance Abuse   ☐ Financial Disclosure   ☒ Restitution: $3,000
☒ Mental Health   ☐ Fine   ☒ Community Service 40 hours
☒ Other: Submit to search

## NONCOMPLIANCE SUMMARY

I allege Desmond David-Pitts has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failing to report for drug testing on December 14, 2022, in violation of a special condition of supervised release. |
| 2. | Using marijuana on or about January 6, 2023, in violation of a mandatory condition of supervised release. |

United States Probation Officer Action:

On January 13, 2023, I confronted Mr. David-Pitts about his marijuana use. He admitted using marijuana and contributed his relapse to anxiety and accessibility in his apartment complex. In response, Mr. David-Pitts changed substance abuse counselors. He is expected to attend bi-weekly group meetings and weekly individual meetings. Additionally, Mr. David-Pitts moved to a new residence. He secured a studio apartment with Phoenix Rising Housing, through Valley Cities Recovery. The housing program offers onsite mental health treatment. I confirmed Mr. David-Pitts scheduled a mental health assessment, as well as a medication assessment. I hope with the change of residence and new treatment resources, Mr. David-Pitts will maintain sobriety and focus on completing his community service hours and secure employment.

I consulted with Assistant United States Attorney Todd Greenburg, and he concurs with my recommendation.

I respectfully recommend the Court endorse my actions of admonishment and referral to treatment services.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED: Monique D. Neal Chief United States Probation and Pretrial Services Officer |
| Executed on this 13th day of February, 2023. | BY: |
| *Brieanne G. Olsen* | *Angela M. McGlynn* |
| Brieanne E. Olsen United States Probation Officer | Angela M. McGlynn Supervising United States Probation Officer |

| | |
|---|---|
| The Honorable John C. Coughenour, United States District Judge<br>Report on Person Under Supervision | Page 2<br>February 13, 2023 |

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

- [X] Judicial Officer endorses the United States Probation Officer's actions
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

_____
Signature of Judicial Officer
2/13/23
Date