The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DESMOND DAVID-PITTS, <br><br> Defendant. | NO. CR20-143 JCC <br><br> **ORDER CONTINUING TERMS OF SUPERVISION** |

The Court having found, based on Mr. David-Pitts' admissions, that he has violated the terms of his supervised release as set forth in the petition filed by the United States Probation Office, HEREBY ORDERS that the terms of his supervision remain in full effect and force.

DATED this 6th day of February, 2024.

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

_s/ Todd Greenberg_
TODD GREENBERG
Assistant United States Attorney


_s/ Corey Endo_
COREY ENDO
Counsel for Desmond David-Pitts

Order Continuing Terms of Supervision - 2

UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970