PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Person Under Supervision

**Name:** Desmond David-Pitts  **Case Number:** 2:20CR00143JCC-001
**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:** 08/11/2021  **Date of Report:** 03/06/2024
**Original Offense:** Conspiracy to Commit Arson
**Original Sentence:** 20 months' imprisonment; 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 01/26/2022
**Special Conditions Imposed:**

☒ Substance Abuse  ☐ Financial Disclosure  ☒ Restitution: $3,000.00
☒ Mental Health  ☐ Fine  ☒ Community Service 40 hours
☒ Other:

## NONCOMPLIANCE SUMMARY

I allege Desmond David-Pitts has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Committing the crime of assault in the fourth degree, on or about September 25, 2023, in violation of a mandatory condition of supervised release. |
| 2. | Consuming marijuana, on or about February 20, 2024, in violation of a mandatory condition of supervised release. |
| 3. | Failure to make restitution payments, since February 6, 2024, in violation of a special condition of supervised release. |

United States Probation Officer Action:
On February 19, 2024, the afterhours probation officer was notified Mr. David-Pitts was in custody for failing to appear in Court for an assault in the fourth-degree charge on September 25, 2023. According to the incident report, Mr. David-Pitts and his neighbor got into a verbal altercation that resulted in Mr. David-Pitts pushing his neighbor. Law Enforcement responded and were unable to contact him due to him not answering his door. Mr. David-Pitts stated he left the scene after the altercation and was unaware a charge was filed resulting in his failing to appear and issuance of a bench warrant. According to the report, officers did not observe any visible injuries on the victim; however, he chose to file charges. During our conversation following his release from custody, Mr. David-Pitts disclosed consuming marijuana in response to stress over being incarcerated, on or about February 20, 2024.

Additionally, Mr. David-Pitts has not made a payment towards restitution. During discussions, he states restitution is not a priority because he does not have an income.

Mr. David-Pitts' dynamic risk factors are identified as social networks; alcohol/drugs; and education/employment. Mr. David-Pitts endured significant trauma and absence of a role model as a child. He struggles to regulate his emotions and lacks healthy coping mechanisms as evidenced by his continued consumption of marijuana. However, he is involved with agencies for transitional assistance, substance use disorder treatment, and mental health treatment. These services provide him an opportunity to engage with prosocial people in mentorship roles. He receives rental assistance and was able to move into his own one bedroom away from the victim in the listed violation. Mr. David-Pitts recently completed an internship with an agency that provides guidance and education to youth impacted by societal systems. There he was assigned a mentor who continues to assist him. He is currently exploring employment opportunities.

| | |
|---|---|
| The Honorable John C. Coughenour, United States District Judge | Page 2 |
| Report on Person Under Supervision | March 6, 2024 |

Mr. David-Pitts has been transparent with me and his prior probation officers regarding his violation behavior and ongoing struggles. He is in the process of switching mental health counselors. He was verbally admonished for the violation behavior.

I consulted with Assistant United States Attorney Todd Greenberg, and he does not concur with my recommendation.

I respectfully recommend the Court endorse my actions.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 6th day of March, 2024. | BY: |
| *signature* | *signature* |
| Darcell Prescott<br>United States Probation Officer | Jennifer Van Flandern<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

*signature*

Signature of Judicial Officer
3/7/2024
Date